COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS



JAREN, L.L.C.,


 Appellant,


v.


MARIETTA DIANA RODRIGUEZ AND
ROBERT WARICK, INDEPENDENT
ADMINISTRATOR OF THE ESTATE
OF DESTINY RODRIGUEZ,
DECEASED, AND TIFFANY
MICHELLE RODRIGUEZ AND BNSF
RAILWAY COMPANY,


 Appellees.

§


 


§


 


§


 


§


 


§


 


 § 


No. 08-10-00041-CV



Appeal from the


County Court at Law No. 3


of El Paso County, Texas


(TC# 2008-413)


MEMORANDUM OPINION


 Pending before the Court is an agreed motion to dismiss this appeal pursuant to Tex. R. App.
P. 42.1(a)(2) because the parties have entered into a settlement agreement and have agreed that the
appeal should be dismissed. We grant the motion and dismiss the appeal. Pursuant to the parties'
agreement, costs are assessed against the party by whom incurred. See Tex. R. App. P. 42.1(d).


 GUADALUPE RIVERA, Justice


April 14, 2010


Before Chew, C.J., McClure, and Rivera, JJ.